

The United States District Court of Columbia

Case No.: 07-153 (ESH)

CV 07-2156-ESH

*Let this be filed ESH 1/4/08*

The United States,

    Plaintiff,

V.

Lonnell G. Glover

$189,880.00 in U.S. Currency,

$10,500.00 in U.S. Currency,

$21,545.70 held in Sun Trust Bank account Number XXXXXX60331,

$86,614.65 held in Bank of America, account number XXXXXX4145,

$1,106.75 held in Bank of America, account number: XXXXXX6541,

    and,

$2,040.49 held in The State Department, Federal Credit Union account, number XX5354,

    Defendants.

**FILED**

**JAN - 4 2008**

Clerk, U.S. District and Bankruptcy Courts

**PRO SE RESPONSE TO VERIFIED COMPLAINT FOR FORFEITURE *IN REM***

I Lonnell Glover, request a stay of the proceedings until the conclusion of my criminal case and trail. I have sworn to the contents of this letter under oath and subject to the penalty of perjury.

Summary of Pleading - 1

Dated this 7th day of December, 2007

*Lonnell Glove* (signature)

COPY

# THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

CV 07-2156-ESH

Case No.: 07 - 153 (ESH)

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | **FILED** |
| | JAN - 4 2008 |
| $189,880.00 in U.S. Currency, | Clerk, U.S. District and Bankruptcy Courts |
| $10,500.00 in U.S. Currency, | |
| $21,545.70 held in Sun Trust Bank account Number XXXXXX60331, | |
| $86,614.65 held in Bank of America, account number XXXXXX4145, | |
| $1,106.75 held in Bank of America, account number XXXXXX6541, | |
| and, | |
| $2,040.49 held in The State Department, Federal Credit Union account, number XX5354, | |
| Defendants. | |

**PRO SE RESPONSE TO VERIFIED COMPLAINT FOR FORFEITURE *IN REM***

I Lonnell Glover, deny all the allegation of the complaint. Mr. Glover claims a legal interest in all of the monies seized in the forfeiture action. The monies seized belonged to Mr. Glover and they are not the fruits of any illegal activities. I swear to the contents under oath and subject to the penalty of perjury.

Dated this 7th day of December, 2007

*Lonnell A. Love*